# United States District Court
## For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (Petty / Misdemeanor Offenses) |
| V. | |
| | Case Number: DNCW312PO000001-001 |
| Warren Gregory Beck | |
| | USM Number: 26020-058 |
| | Peter Adolf |
| | Defendant's Attorney |

**THE DEFENDANT:**

X     pleaded guilty to count(s) 1
___    Pleaded guilty to violation(s)
___    Pleaded not guilty to count(s)
___    Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:401(3) | Criminal Contempt | 9/15/2011 | 1 |

___    Counts(s) (is)(are) dismissed on the motion of the United States.
___    Violation Notice(s) (is)(are) dismissed on the motion of the United States.
___    Found not guilty as to:

**IMPOSITION OF SENTENCE:**

1.    Four (4) Months Imprisonment to run consecutive with sentence imposed in case 3:10cr191-1-MOC and a $10.00 assessment.   The Court recommends the defendant be allowed to participate in any available substance abuse treatment programs while incarcerated and if eligible receive benefit of 18 U.S.C 3621(e)(2).   Defendant must comply with all the terms of supervised release in case 3:10cr191-1-MOC..

___    The Court has considered the information presented by the defendant concerning the defendant's financial resources, assets, financial obligations, projected earnings, other income, age, education, health, dependents, and work history, and finds that the following is feasible: **That the defendant is financially able to pay $_____ Per month.**

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Date of Imposition of Sentence: 4/3/12

David C. Keesler
United States Magistrate Judge

Date Signed:      April 6, 2012

**RETURN**

I have executed this Judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

By _____

United States Deputy Marshal